# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2011

143893

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re MGMC, Minor.

SC: 143893
COA: 302449
Oakland CC Family Division:
2010-775608-AY

_____/

On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2011

_____
Clerk

y1101